UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

v.  Case No. 06-cr-97-1-3-4-6-SM

Edward Cervantes Arias,
Leslie B. Smith, Allen R. Hall,
and Terri Hodgkins

O R D E R

Defendant Terri Hodgkins's motion to continue the final pretrial conference and trial is granted (document no. 83). Trial has been rescheduled for the January 2008 trial period. Defendant Hodgkins shall file a waiver of speedy trial rights not later than December 3, 2007. On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendants in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendants the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:** December 17, 2007 at 3:30 p.m.

**Jury Selection**: January 8, 2008 at 9:30 a.m.

SO ORDERED.

/s/ Steven J. McAuliffe

_____
Steven J. McAuliffe
Chief Judge

November 26, 2007

cc:   Paul Garrity, Esq.
      Stanley Norkunas, Esq.
      Paul Pappas, Esq.
      Jose A. Espinosa, Esq.
      Michael Sheehan, Esq.
      Clyde R.W. Garrigan, AUSA
      US Probation
      US Marshal