UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

v.                                                    Case No.  06-cr-97-1-3-4-6-SM

Edward Cervantes Arias,
Leslie B. Smith, Allen R. Hall,
and Terri Hodgkin

O R D E R

Defendants Terri Hodgkin and Leslie Smith have filed motions to continue

the final pretrial conference and trial  (documents  no. 87 and 88).  Both motion

are granted.  Trial has been rescheduled for the March 2008 trial period.

Defendants Hodgkin  and Smith shall file a waivers of speedy trial rights not

later than December 24, 2007.   On the filing of such waiver, their continuances

shall be effective.

The Court finds that the ends of justice served by granting a continuance

outweigh the best interest of the public and the defendants in a speedy trial, 18

U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would

unreasonably deny defendants the reasonable time necessary for effective

preparation taking into account the exercise of due diligence under the

circumstances.

**Final Pretrial Conference:**   February  22, 2008 at  3:30 p.m.

**Jury Selection**:  March 4, 2008 at 9:30 a.m.

SO ORDERED.

Steven J. McAuliffe
Chief Judge

December  17,  2007

cc:    Paul Garrity, Esq.
       Stanley Norkunas, Esq.
       Paul Pappas, Esq.
       Jose A. Espinosa, Esq.
       Michael Sheehan, Esq.
       Clyde R.W.Garrigan, AUSA
       US Probation
       US Marshal