UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

       v.                            Case No.  06-cr-97-3-4-6-SM

Leslie B. Smith, Allen R. Hall,
and Terri Hodgkins

O R D E R

Defendants Leslie Smith and Terri Hodgkins have filed motions to continue the final pretrial conference and trial (document nos. 99 and 100). Trial has been rescheduled for the June 2008 trial period.  Defendants Hodgkins and Smith shall file a waivers of speedy trial rights not later than March 31, 2008.  On the filing of such waivers, the continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendants in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendants the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

    **Final Pretrial Conference:**   May 20, 2008 at 4:00 p.m.

    **Jury Selection**: June 3, 2008 at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

March 20, 2008

cc:   Paul Garrity, Esq.
      Stanley Norkunas, Esq.
      Paul Pappas, Esq.
      Clyde R.W. Garrigan, AUSA
      US Probation
      US Marshal