UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

        v.                        Case No.  06-cr-97-3-4-6-SM

<u>Leslie B. Smith, Allen R. Hall,
and Terri Hodgkins</u>

### O R D E R

Defendant Allen Hall has filed a motion to continue the final pretrial conference and trial (document no.112).  Trial has been rescheduled for the July 2008 trial period.  Defendant Hall shall file a waiver of speedy trial rights not later than June 2, 2008.  On the filing of such waiver, the continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendants in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendants the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:**  June 25, 2008 at 4:30 p.m.

**Jury Selection**: July 8, 2008 at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

May 19, 2008

cc: Paul Garrity, Esq.
    Stanley Norkunas, Esq.
    Paul Pappas, Esq.
    Clyde R.W. Garrigan, AUSA
    US Probation
    US Marshal