UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

      v.                        Case No.  06-cr-97-3-4-6-SM

Leslie B. Smith, Allen R. Hall,
and Terri Hodgkins

## O R D E R

Defendant Leslie Smith has filed a motion to continue the trial (document no.116).  Trial has been rescheduled for the August 2008 trial period. Defendant Smith shall file a waiver of speedy trial rights not later than June 20, 2008.  On the filing of such waiver, the continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendants in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendants the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:**  July 23, 2008 at 3:30 p.m.

**Jury Selection**: August 5, 2008 at 9:30 a.m.

SO ORDERED.

Steven J. McAuliffe
Chief Judge

June 13, 2008

cc:  Paul Garrity, Esq.
     Stanley Norkunas, Esq.
     Paul Pappas, Esq.
     Clyde R.W. Garrigan, AUSA
     US Probation
     US Marshal