UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

      v.                                      Case No. 06-cr-97-03-04-06-SM

<u>Leslie B. Smith, Allen R. Hall,</u>
<u>and Terri Hodgkins</u>

<u>O R D E R</u>

Defendant Leslie Smith has filed an assented-to motion to continue the trial (document no. 129). Trial has been rescheduled for the September 2008 trial period. Defendant Smith shall file a Waiver of Speedy Trial Rights not later than July 29, 2008. On the filing of such waiver, her continuance shall be effective.

The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference: August 27, 2008 at 4:30 PM

    Jury Selection:        September 3, 2008 at 9:30 AM

    SO ORDERED.


July 24, 2008                              _____
                                              Steven J. McAuliffe
                                              Chief Judge

cc:  Terry Ollila, Esq.
      Stanley Norkunas, Esq.
      Paul Pappas, Esq.
      Paul Garrity, Esq.
      U. S. Probation
      U. S. Marshal